IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VIDEOLABS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC. and DELL INC.,<br><br>   Defendants. | Civil Action No. 1:23-cv-01366-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants jointly stipulate to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 10, 2024                                  Respectfully submitted,

| | |
|---|---|
| */s/ M. Elizabeth Day* | */s/ Paul Torchia* |
| Russell Horton<br>Rhorton@gbkh.com<br>GEORGE, BROTHERS, KINCAID & HORTON, L.L.P.<br>114 West 7th Street<br>Suite 1100<br>Austin, TX 78701<br>(512) 495-1400<br>Fax: (512) 499-0094 | Barry K. Shelton<br>Texas State Bar No. 24055029<br>WINSTON & STRAWN LLP<br>2121 North Pearl Street, Suite 900<br>Dallas, TX 75201<br>Telephone: (214) 453-6500<br>Facsimile: (214) 453-6400<br>bshelton@winston.com<br><br>Josh Krevitt<br>Paul E. Torchia<br>Brian A. Rosenthal |

| | |
|---|---|
| Wesley Hill (Texas Bar No. 24032294)<br>wh@wsfirm.com<br>Andrea Fair<br>andrea@wsfirm.com<br>WARD, SMITH & HILL, PLLC<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>Tel: 903-757-6400<br>Fax: 903-757-2323<br><br>M. Elizabeth Day (*pro hac vice*)<br>California Bar No. 177125<br>eday@bdiplaw.com<br>Marc Belloli (*pro hac vice*)<br>California Bar No. 244290<br>mbelloli@bdiplaw.com.com<br>Jerry D. Tice II<br>Texas State Bar No. 24093263<br>jtice@bdiplaw.com<br>Aaron R. Hand (*pro hac vice*)<br>ahand@bdiplaw.com<br>Denise M. De Mory (*pro hac vice*)<br>California Bar No. 168076<br>ddemory@bdiplaw.com<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, California 94063<br>Telephone: (650) 351-7248<br>Facsimile: (415) 426-4744<br><br>*Attorneys for Plaintiff VideoLabs, Inc.* | Katherine Dominguez<br>Laura F. Corbin<br>Allyson E. Parks<br><br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>jkrevitt@gibsondunn.com<br>ptorchia@gibsondunn.com<br>brosenthal@gibsondunn.com<br>kdominguez@gibsondunn.com<br>lcorbin@gibsondunn.com<br>aparks@gibsondunn.com<br><br>Robert Vincent<br>Nathan R. Curtis<br>Audrey Yang<br>GIBSON DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100,<br>Dallas, TX 75201<br>rvincent@gibsondunn.com<br>ncurtis@gibsondunn.com<br>ayang@gibsondunn.com<br><br>*Attorneys For Defendants Dell Inc. and Dell Technologies Inc.* |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on January 10, 2024 via the Court's CM/ECF system.

*/s/ M. Elizabeth Day*
M. Elizabeth Day